UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SHERRY ALEXANDER                                                                                  PLAINTIFF

vs.                                                                        CIVIL ACTION NO. 3:09-cv-130-DPJ-JCS

KLLM, INC.; KLLM TRANSPORT SERVICES, INC.;
AND JAMES M. RICHARDS, JR.,
PRESIDENT AND CEO OF KLLM, INC.                                                           DEFENDANTS

## ORDER

Pursuant to the Mandatory Arbitration Provision at paragraph 16 of the Change of Control Severance Agreement entered into between the Plaintiff and KLLM, Inc. and by agreement of the parties, the Court hereby finds that Plaintiff's claims against each of the Defendants should be submitted to binding arbitration.

Because Plaintiff's claims have been referred to binding arbitration, the Clerk of the Court is to administratively close this case. Either party may seek, by motion, to reopen this case in the event further action is required by the Court.

**SO ORDERED AND ADJUDGED** this the 24th day of July, 2009.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE